**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KENSINGTON COMPANY & AFFILIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN VERTUCCI, SR., and DANGUOLE VERTUCCI, <br><br> Defendants. | CASE NO: 3:25-cv-01961 <br><br> **RULE 7.1 DISCLOSURE STATEMENT** <br><br><br> November 25, 2025 |

Pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 7.1, Plaintiff Kensington Company & Associates, Inc. (the "Plaintiff") hereby discloses that it has no parent corporation and that no publicly-held corporation owns a 10% or greater interest in Plaintiff.

Dated this November 25, 2025

Respectfully submitted,
**KENSINGTON COMPANY & AFFILIATES, INC.**


By: /s/ Joshua B. Kons
Joshua B. Kons (ct29159)
LAW OFFICES OF JOSHUA B. KONS, LLC
92 Hopmeadow Street, FL 2
Weatogue, CT 06089
T: 860-920-5181
E: joshuakons@konslaw.com