**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KENSINGTON COMPANY & AFFILIATES, INC., | ) ) ) CASE NO: 3:25-cv-01961 |

Plaintiff,

v.

ALAN VERTUCCI, SR., and DANGUOLE VERTUCCI,

Defendants.

CASE NO: 3:25-cv-01961

**MOTION TO SEAL**

November 26, 2025

Plaintiff Kensington Company & Affiliates, Inc. ("Plaintiff") hereby files this Motion to Seal the Exhibits originally filed at Docket No. 1-1 as it contained an account number that was inadvertently not redacted prior to filing. Plaintiff respectfully requests that Docket No. 1-1 be replaced with the redacted Exhibits attached to this Motion.

WHEREFORE, the Plaintiff respectfully asks that the Court GRANT its Motion to Seal and replace with the redacted Exhibits.

Dated this November 26, 2025

Respectfully submitted,
**KENSINGTON COMPANY & AFFILIATES, INC.**

By: /s/ Joshua B. Kons
Joshua B. Kons (ct29159)
LAW OFFICES OF JOSHUA B. KONS, LLC
92 Hopmeadow Street, FL 2
Weatogue, CT 06089
T: 860-920-5181
E: joshuakons@konslaw.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent this November 26, 2025 by

regular United States mail for State Marshal service to:

Alan Vertucci, Sr.
7 Dawn Drive
Westport, CT, 06880
Danguole Vertucci
7 Dawn Drive
Westport, CT, 06880

By: <u>/s/ Joshua Kons</u>
Attorney for Plaintiff